**Electronically Filed
Supreme Court
SCWC-17-0000006
13-MAY-2021
10:15 AM
Dkt. 11 OGAC**

SCWC-17-0000006

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

PATRICIA MORANZ,
Petitioner/Plaintiff-Appellant,

vs.

HARBOR MALL, LLC,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000006; CIVIL NO. 14-1-0172)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner Patricia Moranz's application for writ of certiorari filed on March 18, 2021, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be held in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, May 13, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

